# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

131924

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

OMAR JERMAINE GATES,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131924
COA: 258266
Washtenaw CC: 01-001965-FC

_____/

      On order of the Court, the application for leave to appeal the July 13, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

s1220

_____
Clerk